IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------

FELIPE GUTIERREZ, JR.,

: CASE NO. 3:11 CV 01707
:
:
Petitioner,  : ORDER ADOPTING THE
: MAGISTRATE JUDGE'S REPORT AND
-vs-  : RECOMMENDATION
:

RHONDA RICHARD, Warden,

Respondent.

------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter comes before the Court on the petitioner's timely objections to the Report and Recommendation ("R&R") of United States Magistrate Judge William H. Baughman, Jr. The R&R recommends that the Court dismiss, in part, and deny, in part, the petitioner's petition for the Writ of Habeas Corpus.

This Court has considered *de novo* those portions of the R&R to which the petitioner objects, pursuant to Local Rule 72.3(b) and 28 U.S.C. § 636(b)(1). Finding the objections to be without merit and the R&R to be without error, the Court accepts the Magistrate Judge's recommendations. The Report and Recommendation is

accordingly adopted in its entirety, and the petitioner's petition is dismissed in part and denied in part.

    IT IS SO ORDERED.

                                              /s/ Lesley Wells
                                        UNITED STATES DISTRICT JUDGE

Date: 12 May 2015